AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Curtis Lear | ) Case: 1:25-mj-00111 |
| DOB: XXXXXX | ) Assigned To: Judge Upadhyaya, Moxila A. |
|  | ) Assign. Date: 6/25/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 21, 2025__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 1361, | |
| 18 USC Section 13, | |
| 22 D.C. Code Section 402, | |
| 50 D.C. Code Section 2201.04(b)(2). | |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

_Complainant's signature_

Scott Heckathorn, Investigator
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/25/2025

_Judge's signature_

City and state:  Washington, D.C.    Moxila A. Upadhyaya, U.S. Magistrate Judge
_Printed name and title_